## Moreno *v.* Martínez.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 149.—Resuelto en Noviembre 15, 1904.

Injunction—Dueño—Poseedor en Precario—Desahucio.—El auto de injunction es el remedio adecuado para que el propietario de un inmueble pueda obtener que el detentador ó poseedor en precario del mismo se abstenga de recolectar por sí, ó de permitir que se recolecten por otro bajo su intervención, los productos de la finca que ocupare, mientras se tramita y resuelve un juicio de desahucio interpuesto por el primero contra el segundo.

### EXPOSICIÓN DEL CASO.

En los autos seguidos ante el Juez Asociado del extinguido Tribunal del Distrito de Mayagüez, el Hon. Mr. James A. Erwin, por Doña María Moreno de Ramírez contra Don Victor Martínez y Martínez, sobre *Injunction,* pendientes ante Nos á virtud del recurso de apelación, interpuesto por el demandado, contra el auto dictado por el referido Juez Instructor del incidente, en diez y siete de Setiembre de mil novecientos tres.

*Resultando* : que iniciado juicio ejecutivo en el extinguido Juzgado de 1ª. Instancia de Mayagüez, y continuado después en el Tribunal del Distrito de aquella Ciudad, por Doña María Moreno Cebollero de Ramírez contra Don José María Moreno en cobro de dos mil pesos intereses y costas, se embargó al deudor, entre otros bienes, una estancia radicada en el barrio de Guatemala, sitio del Bejuco, del término municipal de San Sebastían, de cincuenta y cuatro cuerdas cuarenta y siete céntimos de otra de terreno sembrado de café, caña y pastos, comprendiéndose también en el embargo las dos terceras partes de la casa habitación y establecimientos existentes en dicha finca rústica; y que sacada ésta á pública subasta, y notificado previamente Don Victor Martínez y Martínez, á quien había sido vendida dicha finca con poste-

rioridad, de que se iba á subastar, por si le convenía librarla, pagando la cantidad debida á la ejecutante, como no lo verificara, se celebró la subasta por tercera vez, sin sujeción á tipo, y como no se presentara licitador, se adjudicó á la ejecutante en pago de su crédito, y se le dió posesión de la finca subastada, en cuyo acto manifestó el Don Victor Martínez y Martínez, que la ocupaba, que protestaba de la posesión conferida á la Doña María Moreno, puesto que se encontraba en quieta y pacífica posesión de la finca de referencia, como legítimo dueño que era de ella; inscribiéndose, después, en el Registro de la Propiedad, á nombre de la adjudicataria Doña María Moreno Cebollero de Ramírez.

*Resultando*: que promovido con este motivo por la Doña María Moreno de Ramírez juicio de desahucio contra Don Victor Martínez y Martínez para obtener el desalojo de la finca y pendiente todavía dicho juicio presentó el Abogado de la parte actora solicitud jurada para que se le concediera un interdicto prohibitorio preliminar, ó sea *Injunction,* á fin de que se requiriera á Don Victor Martínez para que se abstuviera de recolectar por sí ó de permitir que se recolectara bajo su intervención, ó en su nombre, el café existente en los árboles de la finca de que se ha hecho mérito y de utilizar para la recolección de dicho grano las dos terceras partes de los establecimientos existentes en dicha finca, que también habían venido á ser de su exclusiva propiedad; y que admitida la solicitud y sustanciado el incidente en pieza separada, se oyó á las partes en una comparecencia verbal y prestada una fianza de mil dollars por dos fiadores de reconocida responsabilidad para responder de los perjuicios que se causaran al demandado Sr. Martínez en el caso de resolverse definitivamente que no procedia el interdicto, dictó auto el Juez instructor del incidente en diez y siete de Setiembre del año próximo pasado, aprobando la fianza prestada y declarando con lugar la solicitud de interdicto prohibitorio preliminar *(Injunction)* promovida por Doña María Moreno de Ramírez y que en su

consecuencia se requiriera á Don Victor Martínez y Martínez para que se abstuviera de recolectar por sí ó de permitir que se recolectára por otro bajo su intervención ó.en su nombre, el café pendiente de los árboles de la finca de que se habia hecho mérito en el escrito de promoción y de utilizar las dos terceras partes de los establecimientos sitos en dicha finca para la recolección y depósito del expresado fruto.

*Resultando*: que contra este auto interpuso la representación de Don Victor Martínez y Martínez recurso de apelación que le fué admitido en un solo efecto y que elevados los autos á esta Superioridad con citación y emplazamiento de las partes, personadas éstas y sustanciado en forma el recurso, se señaló día para la vista, á cuyo acto concurrieron los abogados defensores de las partes, informando lo que estimaron conveniente á su derecho.

Abogado del apelante: *Sr .Martínez (Victor)*.

Abogado del apelado: *Sr. Ramírez Arrillaga*.

El Juez Presidente, Sr. Quiñones, después de exponer los hechos anteriores, emitió la opinión del Tribunal.

*Considerando*: que el interdicto prohibitorio, ó sea el *Injunction,* solicitado por Doña María Moreno de Ramírez contra Don Victor Martínez y Martínez, para que se abstuviera de recolectar por sí, ó de permitir que se recolectara por otro, bajo su intervención, ó en su nombre, el café existente en los árboles de la finca objeto del juicio de desahucio, pendiente entre ellos, y de utilizar las dos terceras partes de los establecimientos existentes en dicha finca, y que también pertenecían á la propiedad de la demandante para la recolección y depósito del café, está de lleno comprendido dentro de la sección 1ª. de la Ley de la Asamblea Legislativa de esta Isla, de primero de Marzo de 1902, autorizando los interdíctos prohibitorios, ó sea *Injunction,* puesto que apareciendo Doña María Moreno de Ramírez, de los documentos que obran agregados al expediente, como dueña de la finca rústica de que se trata, con su derecho inscrito en el Registro de la Propiedad, y

para cuyo desalojo venia siguiendo el correspondiente juicio de desahucio contra Don Victor Martínez y Martínez, que la poseia en precario, tenía dicha señora perfecto derecho para utilizar exclusivamente sus productos é impedir que otro lo hiciera en perjuicio de los derechos dominicales que le concedían las leyes, en particular, el artículo 354 del vigente Código Civil.

*Considerando*: por otra parte, que se han observado en la sustanciación de este incidente las prescripciones que establecen las secciones 5ª. y 7ª. de la expresada Ley de la Asamblea Legislativa de esta Isla.

*Vistas* las disposiciones legales citadas.

*Se confirma* el auto apelado de diez y siete de Setiembre de mil novecientos tres, con las costas al apelante.

Jueces concurrentes: Sres. Hernández, Figueras, Mac-Leary y Wolf.